1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>CODY SHIPLEY,<br><br>Defendant. | NO.  CR21-073 JLR<br><br>**INFORMATION** |

The Acting United States Attorney charges that:

**COUNT 1**
**(Possessing Contraband in Prison)**

On or about December 4, 2020, in Seattle, within the Western District of
Washington, the defendant, CODY SHIPLEY, being an inmate of a federal prison, to wit,
FDC SeaTac, possessed a prohibited object, that is, buprenorphine, a Schedule III

Information- 1
*United States v Shipley*

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1  controlled substance.

2      All in violation of Title 18, United States Code, Section 1791(a)(2) and (b)(3).

3

4      DATED this __27th__ day of April 2021.

5

6

7      *Sarah G. Vogel, for*
       TESSA M. GORMAN

8      Acting United States Attorney

9

10                              For
       _____

11     TODD GREENBERG
       Assistant United States Attorney

12

13

14     _____
       THOMAS M. WOODS

15     Assistant United States Attorney

16

17

18

19

20

21

22

23

24

25

26

27

28

Information- 2
*United States v Shipley*