JUDGE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff | NO. CR 21-73 |
| vs. | ORDER GRANTING UNOPPOSED MOTION TO PROCEED WITH GUILTY PLEA BY VIDEO |
| CODY SHIPLEY, | |
| Defendant. | |

The Court, having reviewed the defendants unopposed motion, the record in this matter and the applicable law, hereby GRANTS the defendant's motion to proceed with a plea hearing by video, consistent with General Order 04-20, 06-21, and CARES Act §15002(b)(2).

The court finds that, pursuant to CARES Act §15002(b)(2), a video plea hearing is authorized because "the plea or sentencing in that case cannot be further delayed without serious harm to the interests of justice." Specifically, the court finds that Mr. Shipley will be forced to further delay sentencing on a related matter which was originally set for sentencing in December 2020 if a video plea is not authorized.

ORDER ON MOTION TO
PROCEED WITH PLEA
HEARING BY VIDEO

Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com

Dated this 5th day of May, 2021.

_____
HON. JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by

/s/ David Hammerstad
David Hammerstad #34255
Attorney at Law
Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, WA 98104
(206) 445-0215

ORDER ON MOTION TO
PROCEED WITH PLEA
HEARING BY VIDEO

Law Office of David Hammerstad, LLC
1000 2nd Avenue, Suite 3140
Seattle, Washington 98104
Tel. 206.445.0215 –Fax 206.682.3746
e-mail: david@hammerstadlaw.com